JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE QUINONEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION as Trustee For Securitized Trust CITIGROUP MORTGAGE LOAN TRUST 2006-WF2; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and DOES 1 THROUGH 10, INCLUSIVE<br><br>　　　　Defendants. | Case No. CV12-2881 R (VBKx)<br>Hon. Manuel L. Real<br>Ctrm. 8 - Spring Street<br><br>**JUDGMENT**<br><br>DATE:　June 4, 2012<br>TIME:　10:00 a.m.<br>Ctrm:　8<br><br>Complaint Filed: April 2, 2012 |

　　　The motion of Defendants WELLS FARGO BANK, N.A., US BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 (erroneously sued as U.S. Bank National Association as Trustee For Securitized Trust Citi Group Mortgage Loan Trust 2006-WF2) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively "Defendants") to dismiss the Complaint of Plaintiff

1  ALICE QUINONEZ pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure
2  to state a claim upon which relief can be granted came on regularly for hearing on
3  June 4, 2012 at 10:00 a.m. before the Honorable Manuel L. Real presiding.
4      After considering all of the papers submitted by the parties, the arguments
5  therein and good cause appearing:
6      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
7  Defendants' motion to dismiss is granted without leave to amend.
8      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that
9  Plaintiff's complaint is dismissed in its entirety with prejudice as to Defendants
10 WELLS FARGO BANK, N.A., US BANK NATIONAL ASSOCIATION, as
11 Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through
12 Certificates, Series 2006-WF2 and MORTGAGE ELECTRONIC REGISTRATION
13 SYSTEMS, INC.  Plaintiff is to recover nothing from WELLS FARGO BANK,
14 N.A., US BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage
15 Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 and
16 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

19 DATED:  _June 8, 2012_       _____
                                HONORABLE MANUEL L. REAL
                                UNITED STATES DISTRICT COURT
                                JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **(PROPOSED) JUDGMENT** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)

☒ addressed as follows: ☐ address as stated on the attached mailing list.

Alice Quinonez
1444 Kentucky Avenue
Whittier CA 90604

Plaintiff in pro per

Telephone: (714) 394-0986

☒ **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 7, 2012, at Irvine, California.

By: _____
LINDA D. OWEN

55000.0240/2233719.1

Certificate of Service
Case No. CV12-2881 R (VBK)