**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE QUINONEZ,<br><br>          Plaintiff(s),<br><br>     v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>          Defendant(s). | Case No.   CV-12-2881-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than **January 9, 2017** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: January 10, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE